# Morgan Lewis

**Ashley J. Hale**
Partner
+1.212.309.6878
ashley.hale@morganlewis.com

June 29, 2022

**Via ECF**

The Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re:     ***Hope v. Amazon.com Services, LLC et al*, 1:22-cv-03537-DLC**
        **Request for Extension of Time to Respond to the Complaint**

Dear Judge Cote:

We represent Defendants Amazon.com Services, LLC ("Amazon") and Sandra Finkelstein in the above-referenced action.  Pursuant to Rule 1(A) and 1(E) of Your Honor's Individual Practices in Civil Cases, we write, with the consent of counsel for plaintiff Brittany Hope ("Plaintiff"), respectfully, to request that the Court extend Amazon's time to respond to the Complaint filed in this action from July 5, 2022 to July 11, 2022.  This is Amazon's first request for an extension of time to respond to the Complaint.  If granted, this request will not affect any other dates scheduled in this action.  As noted above, counsel for Plaintiff consents to this request.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Ashley J. Hale*

Ashley J. Hale

*Attorney for Amazon*

cc: All Counsel of Record (via ECF)

Granted.
Denise Cote
6/29/22

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060
United States

☎ +1.212.309.6000
🖷 +1.212.309.6001